No opinion. Judgment and order appealed from affirmed, on authority of *Glushing* v. *Sharp*, 96 N. Y. 676; *Palmer* v. *Railroad Co.*, 112 N. Y. 234,. 19 N. E. Rep. 678; *Oldenberg* v. *Same*, (N. Y. App.) 26 N. E. Rep. 1021. LEWIS, J., not sitting.

---

### NEWERF *et al.*, Respondents, *v.* JEBB *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Nicholas C. Newerf and others against Thomas A. Jebb and others.

No opinion. Judgment appealed from affirmed, with costs. See 6 N. Y.. Supp. 581.

---

### PEOPLE *v.* DROWN.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Indictment against Newton A. Drown.

No opinion. Motion to amend order denied. See 14 N. Y. Supp. 740..

---

### PEOPLE *v.* THOMPSON.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Proceeding against James J. Thompson for selling adulterated milk. No opinion. Motion to amend order denied. See 14 N. Y. Supp. 819..

---

### PICKARD, Appellant, *v.* CARR *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Nancy E. Pickard against James Carr and others.

No opinion. The court declines to consider this appeal, submitted without. argument at the June term, for the reason that it nowhere appears that the case has been settled and ordered filed by the judge before whom the action. was tried. Code Civil Proc. § 997; rule 35, Gen. Rules Prac.; *McNish* v.. *Bowers*, 30 Hun, 214; *Reese* v. *Boese*, 92 N. Y. 632. The stipulation annexed. to the case is not sufficient.

---

### RICE *et al.*, Respondents, *v.* CALKINS *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Eliza Rice and others against John W. Calkins and others.

No opinion. Motion granted, with $10 costs, unless appellants serve appeal-papers within 20 days after service of the order to be entered on this decision, and pay $10 costs of making the motion.

---

### SAVAGE *et al.*, Respondents, *v.* CITY OF BUFFALO,. Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by William Savage and others against the city of Buffalo.

No opinion. Motion for certificate under subdivision 4 of section 190 of Code of Civil Procedure granted. See 14 N. Y. Supp. 101.